UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-330M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| MAN SUP WOO, | ) | |
| Defendant. | ) | |

Offense charged:

  Conspiracy to Smuggle and Transport Illegal Aliens

Date of Detention Hearing:   July 1, 2005

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

  (1)   Defendant is charged with two co-defendants with the offense of conspiracy to smuggle and transport illegal aliens. The complaint alleges that he is a part of an alien smuggling operation, and states that he allegedly admitted to transporting nine individuals into the interior of the United States.

01   (2)   Defendant was born in Korea and is a United States citizen. He reports travel outside the country to Guam and Korea. The AUSA alleges that all or some of this travel is related to alien smuggling. He was arrested but not convicted of alien smuggling in February 2003, in San Ysidro California. He was convicted of the offense of assault, third degree in Hawaii and indicated that he participated in anger management as part of a court order.

(3)   The defendant indicates that he is employed in Los Angeles, California for a taxi company, but the employment could not be verified. The individual identified by the defendant as able to verify his background information could not be contacted. The AUSA proffered a letter from the State of California Employment Development Department that states there is no current record of earnings reported for Man Sup Woo or an individual with his social security number.

(4)   He reports residing at eight different addresses across the United States in the last two years.

(5)   The defendant poses a risk of nonappearance due the lack of verified background information, lack of indication of visible means of support, multiple residences in different states, lack of ties to this District, and the nature of the instant offense, which evidences, if proven, an ability to elude authorities and travel undetected across international boundaries. To a lesser extent, he poses a risk of danger due to criminal history.

(6)   There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>1st</u> day of July, 2005.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge